No. 92–1183.  KNOX *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari granted.

No. 92–97.  NORTHWEST AIRLINES, INC., ET AL. *v.* COUNTY OF KENT, MICHIGAN, ET AL.  C. A. 6th Cir.  Certiorari granted. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 92–854.  CENTRAL BANK OF DENVER, N. A. *v.* FIRST INTERSTATE BANK OF DENVER, N. A., ET AL.  C. A. 10th Cir. Certiorari granted limited to Question 2 presented by the petition.  In addition to Question 2, the parties are directed first to brief and argue the following question: "Whether there is an implied private right of action for aiding and abetting violations of § 10(b) of the Securities Exchange Act of 1934 and SEC Rule 10b–5?"

No. 92–7794.  PASCH *v.* ILLINOIS.  Sup. Ct. Ill.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 91–1944.  USEDEN, TRUSTEE OF THE AIR FLORIDA SYSTEM, INC., PROFIT SHARING PLAN AND TRUST *v.* GREENBERG, TRAURIG, HOFFMAN, LIPOFF, ROSEN & QUENTEL ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 91–1970.  KALITTA FLYING SERVICE, INC., ET AL. *v.* G. S. RASMUSSEN & ASSOCIATES, INC.  C. A. 9th Cir.  Certiorari denied.

No. 92–65.  SUN CARRIERS, INC., ET AL. *v.* MILNE EMPLOYEES ASSN. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–352.  NOVAK ET AL. *v.* ANDERSEN CORP. ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 92–1394.  EL VOCERO DE PUERTO RICO (CARIBBEAN INTERNATIONAL NEWS CORP.) ET AL. *v.* DOMINGUEZ ORSINI ET AL. Sup. Ct. P. R.  Certiorari denied.

No. 92–1492.  GRATZ ET UX. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.